**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**GABRIEL RAMSEY,**<br><br>Defendant. | **Case No: 25-03018-01-CR-S-BCW** |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through R. Matthew Price, United States Attorney for the Western District of Missouri, and undersigned counsel, respectfully submits this sentencing memorandum in the above-captioned matter, set for a sentencing hearing on May 28, 2026. For the reasons set forth below, the Government recommends that this Court sentence the defendant, Gabriel Ramsey, to 27-months' imprisonment, followed by a three-year term of supervised release.

## I. FACTUAL BACKGROUND

Between January 28 and 30, 2025, Offices of Immigration and Customs Enforcement ("ICE") located in Philadelphia, Pennsylvania; York, Pennsylvania; and San Diego, California received threats from the email address gmramsey@mindspring.com. The emails stated:

> Tom Homan needs to be shot in the head and bleed out real fucking slow so that he has time to think about what a piece of shit he is.
>
> ICE is not about protecting the American people. It is about loudly and visibly removing as many people of color from this country as possible and doing so with great cruelty. It's about sending dumbshit cops with firearms and high school egos into the community to

terrorize as many people as possible, to show America who is "really" in charge. For you fascist fucks and your fascist masters, the cruelty is the point.

There are no more rules. If it is accepted for violent right wing fuckjobs like you and your peers to storm the capital to actively interfere with democratic processes, and be rewarded for it, and then to be further resourced to go terrorize the community (particularly vulnerable populations), not just to terrorize them but to cause fear in the rest of the population, as is what is happening now to show that the people need to get in line or they're going to be harmed by the regime, then everyone gets to fight in the same way. There are no more rules, law or norms. That is what your master has told us. "Crime" doesn't matter anymore and all that matters is raw strength. That is how authoritarianism works. That is what your master has said are the rules, and you are now playing by them too. I'll play by those rules as well, just like centuries of resistance to authoritarian rule teaches me. It is not wise to sit back and wait, and say "oh it's just drama" "oh, it will be fine" – no, that's how you wake up in a concentration camp and society falls apart. It took Hitler 5 months to disassemble the Weimar Republic, using the functional system itself.

You are the threat. The threat needs to be eliminated.

ICE are not heroes. They are the enemy. I hope every agent in your field office gets fucking beaten to death with a tire iron. Fucking fascist cunts

Nothing matters anymore. I am going to light myself on fire.

Gabriel M. Ramsey

gmramsey@mindspring.com

415-533-0783

On January 30, 2025, the Fresno, California Office of Enforcement and Removal Operations received threats telephonically. The caller identified himself as the defendant, GABRIEL RAMSEY, and claimed that he wanted all ICE employees to be shot in the head starting with Tom Homan. RAMSEY stated that he was calling from a tent and might be outside the Fresno office. RAMSEY further stated that he wanted to harm himself and others, but that the ICE employee would have to guess in which order he intended to accomplish that.

RAMSEY claimed to have made "hundreds and hundreds" of threats, starting with ICE offices. Specifically, RAMSEY claimed to have emailed every ICE Office of Principle Legal Counsel. RAMSEY also claimed to have called United States Secret Service ("USSS") soliciting advice on how to assassinate the President and asking the USSS agents to assassinate the President. Finally, RAMSEY stated that he was not actively trying to assassinate the President of the United States because, "that Pennsylvania kid" made it too complicated, but if he had a Glock and Donald Trump was right in front of him, he would assassinate the President.

On January 30, 2025, the Denver, Colorado Office of Enforcement and Removal Operations received at least two calls from RAMSEY. The recipient of these calls advised that

the caller stated he would, "shoot every single one of you in the head." RAMSEY further stated that, "I will kill you and your family," and also that, "I will kill everyone that works at ICE."

On January 30, 2025, agents from Homeland Security Investigations ("HSI") Springfield and officers from the Springfield, Missouri, Police Department knocked at the residence of RAMSEY's father. A white male adult, later identified as Daniel Ramsey, answered the door and confirmed that RAMSEY was inside. Mr. Ramsey invited the agents into his home and advised them which room RAMSEY was located in.

In response to a knock on the door, RAMSEY came out of the room and began yelling about the "fascists" in his father's house. RAMSEY confirmed calling and emailing ICE offices and reiterated some of the statements made in the emails such as wanting all ICE employees to be shot in the head. RAMSEY claimed that all ICE employees are "SS" officers and needed to be stopped to avoid slipping into an authoritarian regime. When asked if he personally wanted to harm ICE employees, RAMSEY replied that the agents would just have to guess. RAMSEY was then handcuffed by the Springfield, Missouri, Police Department officers and transported to the Greene County Jail.

On the evening of January 30, 2025, agents from HSI Springfield executed a federal search warrant upon RAMSEY's bedroom. HSI seized three electronic devices and a notepad with, "To Do" written on the top page. The page also included a telephone number later identified as the ICE tip line, as well as the words, "Call Field Offices" and a list of cities.

## II. ARGUMENT

The defendant is now scheduled to appear before the Court for sentencing after pleading guilty to making a threat against the president, in violation of 18 U.S.C. § 871(a), and making threats against the person of another, in violation of 18 U.S.C. § 875(c). Given the nature of the

crime, the Government respectfully recommends that this Court impose sentences of 27-months' imprisonment, followed by a three-year term of supervised release as to each count of the indictment.

### A. <u>Statutory and Guidelines Calculations</u>

The United States Sentencing Guidelines are now advisory, but they remain "the starting point and the initial benchmark" in sentencing. *Gall v. United States,* 552 U.S. 38, 49-50 (2007). The Guidelines must be properly calculated and considered, but ultimately the Court must craft a sentence that sufficiently accounts for the sentencing factors and objectives outlined in 18 U.S.C. § 3553(a). *Id*. at 49-50.

The Presentence Investigation Report, filed on February 12, 2026, concludes that the defendant's advisory guideline range of imprisonment is 27 to 33 months'-imprisonment, based on a total offense level of 18, and a criminal history category I. Further, the defendant is subject to a period of supervised release of not more than three years. There are no objections to the Guideline calculations contained in the Presentence Investigation Report.

### B. <u>Statutory Sentencing Factors</u>

#### 1. <u>Nature and Circumstances of the Offense</u>

As noted above in detail, the defendant, transmitted threats of death via the email and telephone to numerous agencies and individuals. The defendant, when confronted by the authorities, informed them that they deserved to have a 9 millimeter bullet in their heads.

#### 2. <u>History and Characteristics of the Defendant</u>

The defendant has no criminal history. The defendant's childhood was ideal, culminating in the defendant graduating from law school and being employed by a prestigious California law firm. The defendant apparently suffered a mental collapse, resulting in the loss of his job due to

engaging in some level of financial impropriety. At the time of the offense, the defendant was residing with his father.

**3. Need to Promote Respect for the Law**

The instant offense indicates that the defendant respects neither the law nor the individuals responsible for enforcement.

**4. Need to Afford Adequate Deterrence to Criminal Conduct**

A sentence of 27 months' imprisonment will unquestionably prevent the defendant from committing additional crimes for the length of his incarceration. Presumably, the recognition that there is a serious consequence for failing to abide by the law will deter the defendant from committing future illegal acts.

**5. Need to Protect the Public from Further Crimes of the Defendant**

The defendant has been convicted of a serious offense, involving conveying death threats to Governmental officials, including the President of the United States. The defendant has demonstrated that he poses a danger to society.

**6. Need to Provide the Defendant with Education, Vocational Training, or Other Correctional Treatment**

The defendant suffers from a patten of drug abuse and mental health instability. Clearly, treatment is profoundly important for the defendant to become a productive member of society and mitigate his future dangerousness.

## III. CONCLUSION

The sentence imposed on the defendant must necessarily protect the public from the defendant's predations, afford an adequate deterrence to criminal conduct, reflect the seriousness of the offense, promote respect for the law, and, perhaps most importantly, provide just punishment for the offense.

WHEREFORE, for all the foregoing reasons, the United States respectfully suggests that the Court impose a 27-month term of imprisonment, followed by three-years supervised release.

Respectfully submitted,

R. Matthew Price
United States Attorney

*/s/ James J. Kelleher*_______________
JAMES J. KELLEHER
Assistant United States Attorney
Western District of Missouri
901 St. Louis Street, Suite 500
Springfield, Missouri 65806
(417)831-4406

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of May, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ James J. Kelleher*
JAMES J. KELLEHER